*11746*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

**MARIMED SHIPPING INC.,**

       Plaintiff,

- against -

**HEAVEN'S GATE SHIPPING INC. &
BRAMPTON SHIPPING S.A.,**

       Defendants.
-----------------------------------------------------------x

Case No.

**RULE 7.1 CORPORATE
DISCLOSURE NOTICE**



  Pursuant to the Fed. R. Civ. P. 7.1(a), Plaintiff, **MARIMED SHIPPING INC.**, hereby states that it is not a parent, subsidiary or affiliate of a publicly traded corporation.

  Pursuant to the Fed. R. Civ. P. 7.1(b)(2), a supplemental statement shall be filed promptly upon any change in the above information.

Dated in the City of New York on January 24, 2008

            Respectfully submitted,

            JUNGE & MELE, LLP
            *Attorneys for Plaintiff*

            _____
            Peter A. Junge (PJ-0745)
            29 Broadway
            New York, NY 10006
            (212) 269-0061

*11746 Rule 7.1 Statement.wpd*