*11746*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
**MARIMED SHIPPING INC.**,

                          Case No. 08 CV 0883 (Judge Leisure)

                 Plaintiff,

     - against -             **NOTICE OF ATTACHMENT PURSUANT**
                                    **LOCAL ADMIRALTY RULE B.2**

**HEAVEN'S GATE SHIPPING INC. &**
**BRAMPTON SHIPPING S.A.**,

                 Defendant.
-------------------------------------------------------x

      Pursuant to the Local Admiralty and Maritime Rule B.1, Plaintiff,**MARIMED SHIPPING INC.**, hereby states that it has attached funds of Defendant, **BRAMPTON SHIPPING S.A.**, in the amount of US$ 130,000.00, at American Express Bank, New York.

      Dated in the City of New York on January 29, 2008

                                              Respectfully submitted,

                                              JUNGE & MELE, LLP
                                              *Attorneys for Plaintiff*

                                              /s/ Peter A. Junge
                                              _____
                                              Peter A. Junge (PJ-0745)
                                              29 Broadway
                                              New York, NY 10006
                                              (212) 269-0061

*11746 L. Adm. Rule B.2 Notice of Attachment.wpd*