```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/26/08
```

*11746*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
**MARIMED SHIPPING INC.,**

                      Plaintiff,

- against -

**HEAVEN'S GATE SHIPPING INC. &
BRAMPTON SHIPPING S.A.,**

                      Defendants.
-------------------------------------------------------x

Case No. 08 CV 0883 (PKL)

ORDER

**PETER K. LEISURE, United States District Judge**

      Pursuant to Rule 20 of the Rules for the Division of Business among District Judges of the Southern District of New York, which provides that "(a) civil case which, for reasons beyond the control of the court, can neither be tried nor otherwise terminated shall be transferred to the suspense docket . . . . ,"

      **IT IS HEREBY ORDERED THAT** the Clerk of Court shall transfer this case to the suspense docket until and unless the case, pursuant to Rule 20 for the Division of Business among District Judges of the Southern District of New York, properly may be reassigned to this Court.

Dated in the City of New York on June 26, 2008

                                                            */s/ Peter K. Leisure*
                                                       **PETER K. LEISURE**
                                                      **United States District Judge**